LAW OFFICES OF
MICHAEL D. TRACY
MICHAEL D. TRACY (SBN 137682)
6685 Stockton Blvd., Suite 3
331 J St., Suite 200
Sacramento, Ca. 95823
Telephone: (916) 391-8000

Attorneys for Defendant:
QUAN CAM DUONG

FILED
00 AUG 14 AM 9:29
CLERK, U.S. BANKRUPTCY CT,
EASTERN DIST. OF CA,
SACRAMENTO, CA,

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No.: 00-24282-a-7 |
| QUAN CAM DUONG, | ADV No. 00-2377-A |
| Debtor | Chapter 7 case |
| HARVEY'S RESORT HOTEL & CASINO | **ANSWER TO COMPLAINT TO DETERMINE NON-DISCHARGEABILITY OF DEBT AND FOR ENTRY OF JUDGMENT FOR MONEY-HARVEYS** |
| Plaintiff | |
| vs. | |
| QUAN CAM DUONG | |
| Defendant | |
| vs. | |
| FONG CHEA, ET AL | |
| Defendants. | |

QUON CAM DUONG (hereinafter "Defendant") responds to the Complaint of Plaintiff as follows:

1

Answer to Complaint

1. Defendant admits the allegations of Paragraph 1 of the Complaint.

2. Defendant admits the allegations of Paragraph 2 of the Complaint.

3. Defendant denies the allegations of Paragraph 3 of the Complaint.

4. Defendant admits the allegations of Paragraph 4 of the Complaint

5. Defendant denies the allegations of Paragraph 5 of the Complaint.

6. Defendant denies the allegations of Paragraph 6 of the Complaint.

7. Defendant denies the allegations of Paragraph 7 of the Complaint.

8. Defendant denies the allegations of Paragraph 8 of the Complaint

9. Defendant admits the allegations of Paragraph 9 of the Complaint.

10. Defendant denies the allegations of Paragraph 10 of the Complaint.

WHEREFORE, Defendant prays for judgement as follows:

1. That Plaintiff take nothing by way of judgment against the Defendant.

2. That the Complaint of the Plaintiff be dismissed with prejudice.

3. That Defendant's debt to Plaintiff be discharged in the above referenced bankruptcy proceedings.

4. That Defendant be awarded reasonable attorneys' fees.

5. For such other relief as may be just and proper.

Dated: 8/10 ,2000

MICHAEL D. TRACY
Attorney for Defendant

2

Answer to Complaint

**PROOF OF SERVICE BY MAIL - CCP § 1013(a) (1)**

Sondra Le certifies and declares as follows:

I am over the age of 18 years, and not a party to the cause; my business address is 331 J St., suite 200, Sacramento, Ca. 95814.; I am employed in the county where the mailing took place.

I deposited in the mail at SACRAMENTO, CALIFORNIA on August 10, 2000, a copy of the following document(s): ANSWER TO COMPLAINT in a sealed envelope with postage fully prepaid thereon, addressed to:

| Plaintiff's attorney | United States Trustee |
|---|---|
| R. John Youngs, Esq.<br>PO Box 567<br>Placerville, Ca 95667 | U.S. Trustee<br>501 "I" St., 7-500<br>Sacramento, ca 95814 |

Chapter 7 trustee
Steve Reynolds
P.O. Box 1917
Davis, Ca 95617

I certify and declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed August 10, 2000, at SACRAMENTO, CALIFORNIA.

_____Sondra Lee_____
Sondra Le

3

Answer to Complaint