1   R. JOHN YOUNGS (SBN 106694)
    P.O. Box 567
2   Placerville, CA 95667
    Telephone: 530-622-7342
3
    Attorney for Plaintiff
4

ENTERED ON DOCKET

APR 16 2001

CLERK. U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

APR 13 2001

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

5              **UNITED STATES BANKRUPTCY COURT**
6
7              **EASTERN DISTRICT OF CALIFORNIA**

8   In re:                              ) CHAPTER 7 PROCEEDING
9                                       )
    QUAN CAM DUONG,                     )
10                                      ) CASE NO: 00-24282-A-7
                        Debtor.         )
11  _____       ) ADVERSARY NO: 00-2377-A
    HARVEY'S RESORT HOTEL & CASINO,     )
12                                      ) JUDGMENT PURSUANT TO
                        Plaintiff,      ) STIPULATION
13  v.                                  )
                                        )
14  QUAN CAM DUONG,                     )
                                        )
15  _____       )
                        Defendant.

16          Upon the application of plaintiff, Harvey's Resort Hotel & Casino, and pursuant to

17  a written Stipulation for Judgment made between plaintiff and defendant, Quan Cam Duong,

18  (a copy of which is attached and marked as Exhibit A) that judgment may be entered

19  forthwith in favor of plaintiff and against defendant for the sum of Nine thousand sixty-nine

20  Dollars and Thirty-eight Cents ($9,069.38) and in conformity with which it is,

21          ORDERED, ADJUDGED AND DECREED THAT plaintiff, HARVEY'S RESORT

22  HOTEL & CASINO, shall have Judgment against and recover from defendant, QUAN

23  CAM DUONG, the sum of Nine thousand sixty-nine Dollars and Thirty-eight Cents

24  ($9,069.38) in accordance with the terms and conditions of the said Stipulation.

25

26  Dated: ___APR 13 2001___, 2001

27                                      HON. JUDGE CHRISTOPHER M. KLEIN
                                        U.S. BANKRUPTCY COURT
28

R. JOHN YOUNGS (SBN 106694)
P.O. Box 567
Placerville, CA 95667
Telephone: 530-622-7342

Attorney for Plaintiff

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) CHAPTER 7 PROCEEDING |
| QUAN CAM DUONG, | ) |
| | ) CASE NO: 00-24282-A-7 |
| _____ Debtor. | ) |
| HARVEY'S RESORT HOTEL & CASINO, | ) ADVERSARY NO: 00-2377-A |
| Plaintiff, | ) STIPULATION FOR JUDGMENT |
| v. | ) |
| QUAN CAM DUONG, | ) |
| _____ Defendant. | ) |

IT IS HEREBY STIPULATED by and between HARVEY'S RESORT HOTEL & CASINO ("plaintiff") and QUAN CAM DUONG ("defendant"), that:

1. The debts of defendant owing to plaintiff and more particularly referred to in the Complaint of the plaintiff on file herein seeking determination of the dischargeability of the said debts, are each non-dischargeable.

2. Judgment shall be entered immediately in the Court records in favor of plaintiff and against the defendant for the aggregate amount of Nine thousand sixty-nine Dollars and Thirty-eight Cents ($9,069.38)being the principal, interest, costs and attorney's fees prayed for in plaintiff's filed Complaint.

3. The defendant may fully satisfy the Court's Judgment for Nine thousand sixty-nine Dollars and Thirty-eight Cents ($9,069.38) by making total payments to plaintiff for the aggregate amount of Four thousand eight hundred Dollars ($4,800.00).

The said sum of Four thousand eight hundred Dollars ($4,800.00) is to be paid direct

to the plaintiff's attorney of record at P.O. Box 567, Placerville, CA 95667 or to such other place as plaintiff may hereafter designate, at the minimum rate of $100.00 per month for forty-eight (48) months commencing on April 10, 2001. Thereafter subsequent monthly payments of $100.00 are to be made to plaintiff on the tenth day of each succeeding month.

4. If the defendant fails to make any payment when due under this Stipulation, or within ten (10) days thereafter as to which time is of the essence, the unpaid balance of the Court's Judgment for Nine thousand sixty-nine Dollars and Thirty-eight Cents ($9,069.38) and interest thereon at 10% per annum shall be accelerated and shall become immediately due and payable.

5. Waiver by plaintiff of any default by the defendant under this Stipulation shall not operate as or be construed to be a waiver of any subsequent default.

6. The defendant hereby waives findings of fact and conclusions of law and waives all rights of appeal herein.

7. A facsimile transmission of this Stipulation executed by the undersigned parties shall for all purposes be deemed to be the same as the original Stipulation and may be relied upon as such by the parties.

8. Both the plaintiff and the defendant have had an opportunity to discuss the advisibility of entering into this Stipulation for Judgment and the form and content hereof with legal counsel of their choice.

Dated:_____, 2001

HARVEY'S RESORT HOTEL & CASINO
By its authorized representative

Dated: 4/2/01 , 2001

QUAN CAM DUONG

APPROVED AS TO FORM AND CONTENT:

MICHAEL D. TRACY, ESQ.
Attorney for Quan Cam Duong